

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-13-2006

# Clarendon Natl Ins v. York

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4680

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Clarendon Natl Ins v. York" (2006). *2006 Decisions.* Paper 1599.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1599

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

March 7, 2005

**No. 03-4680**

CLARENDON NATIONAL INSURANCE COMPANY

v.

CITY OF YORK, Appellant

(U.S. District Court for the Middle District of PA (Harrisburg): No. 02-cv-01500)

**Present:** **ROTH, Circuit Judge**

Motion by Appellant to Amend Opinion.

/s/ Aina R. Laws

**Opinion filed 02/08/05.**                               Case Manager: 267-299-4957

**O R D E R**

**The foregoing** motion to amend is granted. In the first paragraph, replace "police officer" with "gang members" and in two places, replace "officers" with "gang members."

**By the Court,**

/s/ Jane R. Roth

**Circuit Judge**

**Dated:** February 13, 2006